IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 22-13544-HH
_____

JACKSONVILLE BRANCH OF THE NAACP,
NORTHSIDE COALITION OF JACKSONVILLE,
ACLU OF FLORIDA NORTHEAST CHAPTER,
FLORIDA RISING TOGETHER,
MARCELLA WASHINGTON, et al.,

                                                                    Plaintiffs-Appellees,

versus

CITY OF JACKSONVILLE,
DUVAL COUNTY SUPERVISOR OF ELECTIONS,

                                                                    Defendants-Appellants.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

Before: ROSENBAUM, JILL PRYOR, and BRASHER, Circuit Judges.

BY THE COURT:

    Appellees' motion to transfer is GRANTED.  Consideration of the matter of entitlement to and the reasonable amount of attorney's fees, if any, to be awarded is TRANSFERRED to the district court.  *See* 11th Cir. R. 39-2(d).